# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS
SYSTEM, K/D/S PROMIX,
L.L.C., AND ACADIAN GAS
PIPELINE SYSTEM

NO. 2021 CW 0023

VERSUS

TEXAS BRINE COMPANY, LLC

**APRIL 23, 2021**

---

In Re:    Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34265.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** This court declines to exercise its supervisory jurisdiction. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT